No. 03–1345. BUCKLEY v. MEIS, REGIONAL CHIEF COUNSEL, OFFICE OF GENERAL COUNSEL, SEATTLE REGION X, SOCIAL SECURITY ADMINISTRATION, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 03–1349. MADIC v. ASHCROFT, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied. 

No. 03–1371. U. S. RESTAURANT PROPERTIES, INC., ET AL. v. CONVENIENCE USA, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–1373. ST. HILAIRE v. ST. HILAIRE. Sup. Jud. Ct. Me. Certiorari denied. 

No. 03–1377. SUAREZ v. UNITED STATES POSTAL SERVICE ET AL. C. A. 1st Cir. Certiorari denied. 

No. 03–1380. BREWER v. MISSISSIPPI. C. A. 5th Cir. Certiorari denied. 

No. 03–1393. BREDIMUS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 03–1403. MIKELL ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 03–1406. GRANT v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. D. C. Cir. Certiorari denied.

No. 03–1434. LAUERSEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 03–1438. ROBLES v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 03–7732. RODRIGUEZ v. TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied. 

No. 03–8235. ARTERBERRY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.